**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **DISHONN JOHNSON KING,**<br>***Plaintiff,***<br><br>**v.**<br><br>**HEMMA PATEL and KERRI MCGEE,**<br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **PE:26-CV-00013-DC** |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is United States Magistrate Judge David B. Fannin's Report and Recommendation[1] concerning Defendants Hemma Patel and Kerri Mcgee's Motion to Dismiss.[2]

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in so doing, secure de novo review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error.[3] No timely objection having been filed, the Court's review is straightforward: clear error.

Finding none, the Court **ADOPTS** the Report and Recommendation of the United States Magistrate Judge. Accordingly, it is **ORDERED** that Defendants Hemma Patel and Kerri Mcgee's Motion to Dismiss[4] is **GRANTED in part** and **DENIED in part**.

---

1 Doc. 14.
2 Doc. 9.
3 *See* Fed. R. Civ. P. 72 advisory committee's note to 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").
4 Doc. 9.

Given Plaintiff Dishonn Johnson King's failure to respond to the R&R or to otherwise move to amend her original complaint in light of its recommendations, it is further **ORDERED** that Plaintiff Dishonn Johnson King's Americans with Disabilities Act claims for injunctive relief and monetary relief are hereby **DISMISSED WITHOUT PREJUDICE.**

As noticed in the R&R, Plaintiff Dishonn Johnson King has **14 days from the date of this Order** to file a proposed amended complaint which remedies the defects found in the original complaint.

It is so **ORDERED.**

SIGNED this 30th day of October, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE